■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FLETCHER TAYLOR, Appellant.— Motion for leave to appeal as a poor person, will be treated as a motion to dispense with printing. Motion granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the November 1960 Term; appeal ordered to be placed on the calendar for November 7, 1960. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD WHALEN and CHARLES SCHNEIDER, Appellants.— Motions for leave to appeal as a poor person, will be treated as motions to dispense with printing. Motions granted. The appeals will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellants are directed to file five copies of their brief and to serve one copy on the District Attorney. The appellants' time to perfect the appeals is enlarged to the November 1960 Term; appeals ordered to be placed on the calendar for November 7, 1960. Motions for assignment of counsel granted. Donald V. Kane, Esq., 210 Old Country Road, Mineola, New York, is assigned as counsel to prosecute the appeals. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SHERMAN WILLIAMS, Appellant.— Motion for leave to appeal as a poor person, will be treated as a motion to dispense with printing. Motion granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the November 1960 Term; appeal ordered to be placed on the calendar for November 7, 1960. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUFUS WARE, Appellant, against EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. — Motion for reconsideration of motion for leave to appeal as a poor person and for other relief denied on the ground that the papers submitted show as a matter of law that there is no merit in the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ ANN SABLE, Respondent, v. EDWARD SNYDER et al., Appellants, et al., Defendants.— Motion for reconsideration of motion for a stay pending appeal denied, without costs. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ SALZMAN SIGN CO., INC., Appellant, v. IRVING BECK, Respondent.— Motion by appellant to substitute Elsa Beck, as administratrix of the estate of Irving Beck, as defendant-respondent on the appeal, in place of Irving Beck, deceased, granted. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ MARTIN SCHOENBRUN, Respondent, v. M. J. B. HOLDING CORP., Appellant, et al., Defendants.— Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal at the September 1960 Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before August 1, 1960. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.